UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH F. HERBERT,<br><br>        Plaintiff,<br><br>-against-<br><br>WARDEN HAROLD L. SMITH; CPL. CALANGELO; CAPT. JAMES E. GINTY; DEPUTY R. RUGGIERO; LT. CHRIS BINI; CPL. MATIS,<br><br>        Defendants. | 20-CV-6348 (PMH)<br><br>ORDER |

PHILIP M. HALPERN, United States District Judge:

  Defendants are directed to file responses to Plaintiff's December 15, 2020 filing (Doc. 36) and Plaintiff's December 22, 2020 filing (Doc. 39) by January 13, 2021.

                  SO ORDERED.

Dated: December 28, 2020
     New York, New York

                  _____
                  PHILIP M. HALPERN
                  United States District Judge