DREW, DAVIDOFF & EDWARDS
LAW OFFICES, LLP
P.O. DRAWER 1040
MONTICELLO, NEW YORK 12701
(845) 794-5000

MICHAEL DAVIDOFF

JULIE BRENNAN
LEGAL ASSISTANT

September 15, 2021

> Application denied without prejudice to renewal for failure to comply with this Court's Individual Practice 4.C.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 85.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 16, 2021

VIA ECF
Hon. Philip M. Halpern, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Herbert v. Warden Harold Smith, et al.
       Case #: 20-cv-6348 (PMH)

Dear Judge Halpern:

This office represents Defendants Calangelo, Ruggiero and Matis with regard to the above matter.

This Court's Memorandum Opinion & Order entered on August 2, 2021 (Dkt. 83) permitted Plaintiff to file a Second Operative Pleading within thirty days from the date of the Order.

Plaintiff filed a pleading which he designated as Second Operative Pleading and Motion for Appointment of Counsel (Dkt. 84).

I respectfully do not believe the Second Operative Pleading cures the defects outlined in the Court's decision.

As such, permission to file a Motion to Dismiss is requested, and I request until October 8, 2021, to serve said motion.

Under FRCP 15(a)(3) a response to the Second Operative Pleading would be due by September 22, 2021.

Since Plaintiff is pro se, and is incarcerated in the Sullivan County Jail, I have not requested from Plaintiff's his consent.

Regarding Plaintiff's request for Counsel, it is requested the Court deny the request as the Court has previously done. (Dkt. 82)

>Respectfully yours,
>
>DREW, DAVIDOFF & EDWARDS
>LAW OFFICES, LLP
>
>By: MICHAEL DAVIDOFF, ESQ.

MD/jb
cc:     Jeremiah Herbert, Plaintiff, Pro Se
        Michael F. McGuire, Sullivan County Attorney