UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEREMIAH HERBERT,

                               Plaintiff,

v.                                                                        ORDER

JAMES GINTY, et al.,                              20-cv-06348 (PMH)

                               Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff, proceeding *pro se*, and counsel for Defendants appeared today at 2:00 p.m. by telephone for an initial pretrial conference. As stated on the record, the Court directed Defendants to upload via ECF, by 5:00 p.m. on August 4, 2022, their response and any objections to Plaintiff's letter dated July 15, 2022 (Doc. 113). A Civil Case Discovery Plan and Scheduling Order will be separately docketed. Counsel for Defendants shall mail a copy of the docketed Civil Case Discovery Plan and Scheduling Order to Plaintiff.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                                  SO-ORDERED:

Dated: White Plains, New York
           July 29, 2022

                                                Philip M. Halpern
                                                United States District Judge