UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH F. HERBERT,

                              Plaintiff,

v.

WARDEN HAROLD L. SMITH, et al.,

                             Defendants.

**ORDER**

20-CV-06348 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Plaintiff filed, on January 10, 2023, his eighth application requesting that the Court appoint *pro bono* counsel. (Doc. 135). Plaintiff's prior requests were denied because the Court determined, after application of the factors set forth in *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), that Plaintiff had not made the requisite showing to demonstrate that the appointment of *pro bono* counsel was appropriate and/or that Plaintiff's request was premature. (*See, e.g.* Doc. 111 at 2-3). The Court's most recent decision on *pro bono* counsel denied Plaintiff's request "without prejudice to renewing at a later stage of the litigation." (Doc. 122 at 1).

      The procedural posture of this case has not changed since Plaintiff's prior request was denied, which also occurred in the midst of discovery, and Plaintiff's eighth application for *pro bono* counsel is likewise denied without prejudice. Plaintiff may contact the Pro Se Intake Unit at (212) 805-0175 for procedural assistance with his case.

## CONCLUSION

      Plaintiff's application for *pro bono* counsel is denied without prejudice. The Clerk is directed to mail a copy of this Order to Plaintiff at the address provided on the docket and to terminate the motion sequence pending at Doc. 123.

Dated: White Plains, New York
       January 11, 2023

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

2