UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH HERBERT,

     Plaintiff,

   -against-

CAPTAIN JAMES GINTY, et al.,

     Defendants.

**ORDER**

20-CV-06348 (PMH)

PHILIP M. HALPERN, United States District Judge:

  A Case Management Conference was held on March 22, 2023. Plaintiff, proceeding *pro se* and counsel for Defendants appeared by telephone. As discussed on the record, discovery in this matter closed on February 13, 2023, pursuant to the Civil Case Discovery Plan and Scheduling Order. (*See* Doc. 116). The Court, accordingly, directed that the parties: (i) meet and confer regarding pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices; and (ii) file such materials by June 15, 2023. The Court advised that Plaintiff may file a renewed application for the Court to request *pro bono* counsel should he be so advised.

  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
   March 22, 2023

_____
PHILIP M. HALPERN
United States District Judge