# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

> Application granted. The deadline for the parties to file pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices is extended to August 15, 2023.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 154.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 12, 2023

**By ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Herbert v. Ginty*, No. 7:20-cv-06348-PMH (S.D.N.Y.)

Dear Judge Halpern:

We represent Plaintiff Jeremiah F. Herbert in this matter and write, with the consent of Defendants' counsel, to respectfully request an adjournment of the deadline for the parties to file the pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices from June 15, 2023 to August 15, 2023.

On March 22, 2023, the Court directed the parties to "meet and confer regarding pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices" and "file such materials by June 15, 2023." Dkt. No. 142. Plaintiff has since retained *pro bono* counsel, who entered their notices of appearance on May 2, 2023 and May 10, 2023, respectively. Dkt. Nos. 152, 153.

Given *pro bono* counsel's recent retention, we respectfully request that the Court extend the parties' deadline to submit the pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices to August 15, 2023. Defendants consent to the requested extension. This is the first request for an adjournment of the deadline to file pretrial materials.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Robert C. Gianchetti
Robert C. Gianchetti

cc:   All counsel of record