UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JEREMIAH HERBERT,

                      Plaintiff,

v.                                                                  <u>ORDER</u>

JAMES GINTY, et al.,                           20-cv-06348 (PMH)

                      Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      A pretrial conference is scheduled in this matter for **August 31, 2023 at 11:00 a.m.** in Courtroom 520 of the White Plains Courthouse.

                                                     SO-ORDERED:

Dated: White Plains, New York
           August 16, 2023

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge