UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JEREMIAH HERBERT,

                Plaintiff,

v.                                                      <u>ORDER</u>

JAMES GINTY, et al.,                            20-cv-06348 (PMH)

                Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court respectfully directs the Clerk of Court to strike the Writ of Habeas Corpus Ad Testificandum docketed on September 15, 2023 (Doc. 175) from the docket but retain the summary docket text for the record. A certified copy of the Writ of Habeas Corpus Ad Testificandum will be docketed thereafter.

Dated:  White Plains, New York
          September 15, 2023

                                                                     _____
                                                                     Philip M. Halpern
                                                                     United States District Judge