**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JEREMIAH HERBERT,

      Plaintiff,        20 **CIVIL** 6348 (PMH)

  -against-            **JUDGMENT**

JAMES GINTY, et al.,
      Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** White Plains, New York
     January 24, 2024

                    **RUBY J. KRAJICK**
                    _____
**So Ordered:**              **Clerk of Court**

              **BY:** *K. Mango*
_____        _____
**U.S.D.J.**                **Deputy Clerk**